# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOHN LITTLE, ) CASE NO. C08-1134-MJP
)
    Plaintiff, )
)
v. ) ORDER OF DISMISSAL
)
STEVE THOMPSON, et al., )
)
    Defendants. )
)

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court has received and reviewed Plaintiff's objections and motion to extend time to prosecute this matter. (Dkt. No. 10.) While the Court is sympathetic to Plaintiff's health and housing situations, Mr. Little has not presented a sufficient justification for a continuance. Mr. Little's failure to prosecute merits dismissal without prejudice.

    (2)    The Court adopts the Report and Recommendation;

    (3)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2);

    (4)    The Clerk is directed to send copies of this Order to plaintiff at his last known

01  address, and to the Honorable Mary Alice Theiler.

02  DATED this 24th day of February, 2009.

04  Marsha J. Pechman
    United States District Judge

ORDER OF DISMISSAL
PAGE -2